1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHINH VUONG, | ) | NO. SACV 15-00424-JAK (KS) |
|       **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
|       **Defendant.** | ) | |
| _____ | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is REVERSED, and the above-captioned action is REMANDED for further proceedings consistent with U.S. Magistrate Judge Karen L. Stevenson's Report and Recommendation.

DATED: June 29, 2016

                                              _____
                                              JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE

1