UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHINH VUONG | ) | CASE NO. 8:15-CV-424 JAK (KSx) |
| Plaintiff | ) | |
| v. | ) | ORDER FOR AWARD |
| | ) | OF EAJA FEES AND COSTS |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant | ) | |

Pursuant to the Stipulation of the parties, Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees and costs in the total amount of $4,150, comprising $3,750 in attorney fees and $400 costs of suit, pursuant to 28 § U.S.C. 2412(d)(1)(A) of the Equal Access to Justice Act.

**FURTHER ORDERED** that the attorney fees be paid payable directly to Plaintiff's attorney as Plaintiff's assignee.

Dated: December 2, 2016

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

Karen L. Stevenson
United States Magistrate Judge